In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-15-00098-CR
_____

ANALVERTO PADILLA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 14-03-03231 CR

MEMORANDUM OPINION

The trial court sentenced Analverto Padilla on September 11, 2014. Padilla filed a notice of appeal on March 5, 2015. We notified the parties that Padilla filed his notice of appeal too late to perfect an appeal. *See* Tex. R. App. P. 25.2(b). Padilla filed a response, but failed to establish that his notice of appeal was timely filed or that the Texas Court of Criminal Appeals granted an out-of-time appeal as habeas relief. *See generally* Tex. R. App. P. 73.

1

The Court finds that the notice of appeal was not timely filed. See Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on April 7, 2015
Opinion Delivered April 8, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.